**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DONALD L. DORNBROCK, etc.,**

    **Plaintiff,**

v.                                          Case No.  8:06-cv-1459-T-30MAP

**AMERIPRISE FINANCIAL SERVICES,
INC.,**

    **Defendant.**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal (Dkt. #6).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2006.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1459.dismissal 6.wpd